**No. 66460.**—Commodore Manufacturing Corp. *v.* United States, protest 60/9394(A) (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of a novelty blinking wreath (item No. C–1020, on the invoice), which does not, in fact, imitate or simulate a natural flower, and that said merchandise should have been classified as manufactures of which paper is the component material of chief value, the claim of the plaintiff was sustained.

**No. 66461.**—F. L. Kraemer & Co. and George A. Abood Co., Inc., et al. *v.* United States, protests 58/12378, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sodium phosphate (brifisol 410) similar in all material respects to that the subject of *George A. Abood Co., Inc.* v. *United States* (47 Cust. Ct. 1, C.D. 2270), the claim of the plaintiffs was sustained.